IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 MAY 22 PM 5: 48

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR170 |
| vs. | ) | INDICTMENT |
| DENNYS RODRIGUEZ,<br>SCOTT C. POLLMAN, | ) ) ) ) ) | 21 U.S.C. §§ 841(a)(1) & (b)(1) |
| Defendants. | ) | |

SEALED

The Grand Jury Charges:

## COUNT I

On or about March 27, 2012, in the District of Nebraska, DENNYS RODRIGUEZ and SCOTT C. POLLMAN, the Defendants herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARTIN J. CONOBOY, IV
Special Assistant United States Attorney