IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DENNYS RODRIGUEZ,<br><br>              Defendant. | **8:12CR170**<br><br>**ORDER** |

      This matter is before the court on defendant's motion for bond release and for permission "to proceed pro se and withdrawal of appointed counsel." Filing No. 101. The court will deny the request for release. Further, the court will order the Clerk of Court to forward the filing to the Eighth Circuit for ruling on the motion to proceed pro se and for withdrawal of counsel.

      THEREFORE, IT IS ORDERED:

      1.   Defendant's motion for release is denied.

      2.  The Clerk of Court is ordered to forward the filing to the Eighth Circuit Court of Appeals for ruling on the motion to proceed pro se and for withdrawal of counsel.

      Dated this 14th day of March, 2013.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          United States District Judge