# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1176

United States of America

Appellee

v.

Dennys Rodriguez

Appellant

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cr-00170-JFB-1)

___

**ORDER**

Pursuant to the order of the U.S. Supreme Court, dated April 21, 2015, and the U.S. Supreme Court's mandate of May 26, 2015, this court's judgment, dated January 31, 2014, is vacated, the mandate is hereby recalled, and the case is reopened.

June 01, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans