# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1176
_____

United States of America

Plaintiff - Appellee

v.

Dennys Rodriguez

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cr-00170-JFB-1)
_____

**JUDGMENT**

Before WOLLMAN, COLLOTON and GRUENDER, Circuit Judges.

    This appeal from the United States District Court was initially submitted on the record of the district court and argued by counsel and has been remanded for further consideration by order of the United States Supreme Court.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 03, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans